OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

2/19/2015
DAVIS, WILLIE JAMES         Tr. Ct. No. 1445782-A
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

02 1R
0006557458    FEB 25 2015
MAILED FROM ZIP CODE 78701
WR-82,894-01
$ 00.26⁵
PITNEY BOWES

WILLIE JAMES DAVIS
300 AUDREY LN
HOUSTON, TX 77015